**2006–1609.   Solon v. Mazala.**
Cuyahoga App. No. 87055. Reported at 112 Ohio St.3d 1406, 2006-Ohio-6447, 858 N.E.2d 818. On

motion for reconsideration. Motion denied.

CUPP, J., not participating.